IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BOBBY JOE KEEN,

    Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Civ. No. 2:09-cv-01223-SU

ORDER

MCSHANE, Judge:

Magistrate Judge Patricia Sullivan filed a Findings and Recommendation (ECF No. 40), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Sullivan's Findings and Recommendation (ECF No. 40) is adopted in full. Plaintiff's renewed motion for attorney fees (ECF No. 39) is GRANTED. Counsel is awarded $19,095, less any applicable processing fees.

IT IS SO ORDERED.

    DATED this 17th day of December, 2015.

                                                           /s/ Michael J. McShane\
                                                           Michael McShane\
                                              United States District Judge

1 –ORDER